IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION No: 5: 13 – CV – 547 – D

| | |
|---|---|
| JOSE SANTOS AGUILAR MORQUECHO, Plaintiff, v. AC MOBILE REPAIR, LLC, Defendant. | **ORDER GRANTING JOINT MOTION TO STAY** |

Based upon the Plaintiff and Defendant's Joint Motion to Stay, and for good cause shown, it is hereby ORDERED that the Joint Motion to Stay is GRANTED. This matter shall be stayed until such time as the declaratory judgment action is resolved, and the parties will notify the Court immediately upon determination of the declaratory judgment action.

This the 10 day of June, 2014.

_____
The Honorable James C. Dever, III
CHIEF UNITED STATES DISTRICT
JUDGE